# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### HELENA  DIVISION

STEPHEN MATLOCK-BEY,    *
Reg. #07225-025      *
           *
    Plaintiff,    *
vs.          *   No. 2:09 -cv-00087-SWW-JJV
           *
RINGWOOD, Director, FC Food Services - *
Forrest City; *et al.,*     *
           *
    Defendants.   *

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe.  No objections have been filed.[1]  After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that Defendants' Motion for Summary Judgment (Doc. No. 27) is GRANTED and Plaintiff's Complaint is DISMISSED with prejudice.

IT IS FURTHER ORDERED that the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from any Order adopting these recommendations would not be taken in good faith.

DATED this 1st day of June 2010.


        /s/Susan Webber Wright
        SUSAN WEBBER WRIGHT
        UNITED STATES DISTRICT JUDGE

---

[1] Mailings to plaintiff have repeatedly been returned to the Court as undeliverable.