**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**HELENA  DIVISION**

STEPHEN MATLOCK-BEY,               *
Reg. #07225-025                           *
                                                    *
                        Plaintiff,           *
vs.                                                *         No. 2:09 -cv-00087-SWW-JJV
                                                    *
RINGWOOD, Director, FC Food Services -   *
Forrest City; *et al.,*                      *
                                                    *
                        Defendants.        *

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and

ADJUDGED that this case be DISMISSED with prejudice.  The Court certifies, pursuant to 28

U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment would not be taken in

good faith.

DATED this 1st day of June 2010.


/s/Susan Webber Wright
SUSAN WEBBER WRIGHT
UNITED STATES DISTRICT JUDGE